IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

HOLLY CRISTEN ELLIS
JEREMY EDWARD ELLIS                                              PLAINTIFFS

v.                             No. 3:22-cv-64-DPM

STATE OF ARKANSAS;
ASA HUTCHINSON, Governor;
KEITH CHRESTMAN, Prosecutor;
DOUG BRIMHALL, Prosecutor;
ASHTEN MASSEY, Deputy/Officer;
JORDON KENNEDY, Detective;
D & H COMPANY;  B NEAL BURNS PLLC                                DEFENDANTS

ORDER

Kennedy, the State of Arkansas, Brimhall, Chrestman, and Hutchinson move to extend the time to file responses to plaintiffs' complaint. Both defense counsel and the Court were unsuccessful in reaching Plaintiffs to determine if they objected. Defendants' motions, *Doc. 4 & 6*, are granted for good cause. Kennedy's original motion, *Doc. 3*, is denied as moot. Answers or Rule 12(b) motions due by 3 May 2022.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

7 April 2022