IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

HOLLY CRISTEN ELLIS
JEREMY EDWARD ELLIS                                                                PLAINTIFFS

v.                                    No. 3:22-cv-64-DPM

STATE OF ARKANSAS;
ASA HUTCHINSON, Governor;
KEITH CHRESTMAN, Prosecutor;
DOUG BRIMHALL, Prosecutor;
ASHTEN MASSEY, Deputy/Officer;
JORDON KENNEDY, Detective;
D & H COMPANY;  and
B NEAL BURNS PLLC                                                                  DEFENDANTS

## ORDER

The Ellises' motion for summary judgment, *Doc. 73*, is denied as premature. The motions to dismiss must be dealt with first, and then any needed discovery, if this case moves forward.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

17 June 2022