IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

HOLLY CRISTEN ELLIS
JEREMY EDWARD ELLIS                                                      PLAINTIFFS

v.                                  No. 3:22-cv-64-DPM

STATE OF ARKANSAS;
ASA HUTCHINSON, Governor;
KEITH CHRESTMAN, Prosecutor;
DOUG BRIMHALL, Prosecutor;
ASHTEN MASSEY, Deputy/Officer;
JORDON KENNEDY, Detective;
D & H COMPANY;  and
B NEAL BURNS PLLC                                                        DEFENDANTS

## JUDGMENT

The following claims by the Ellises are dismissed with prejudice: Their ADA Title II claims against Governor Hutchinson, Keith Chrestman, Doug Brimhall, Massey, and Jordon Kennedy in their individual capacities;  their ADA Title III claims against Governor Hutchinson, Chrestman, Brimhall, Massey, and Kennedy;  their 42 U.S.C. § 1983 claims against the State of Arkansas; and their § 1983 claims against Chrestman and Brimhall in their official capacities.  All other claims against the defendants are dismissed without prejudice.

*[signature]*
D.P. Marshall Jr.
United States District Judge

8 December 2022